UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE GAMBLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　　Defendant. | Case No. 19-cv-06606-PJH<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND REMANDING CASE**<br><br>Re: Dkt. No. 7 |

The court has reviewed Magistrate Judge Thomas Hixson's Report and Recommendation Re: Plaintiff's Application to Proceed In Forma Pauperis ("IFP"), as well as plaintiff's objections to the report. The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, plaintiff's IFP application is GRANTED, and the action is REMANDED to the San Francisco Superior Court.

**IT IS SO ORDERED.**

Dated: December 18, 2019

　　　　　　　　　　　　　　　　　/s/ Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　United States District Judge